# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

JESSICA MONIQUIE ROWELL,                  Civil No. 12-2958 (JRT/TNL)

       Plaintiff,

v.                                               **ORDER**

MINNESOTA STATE GOVERNMENT,
UNITED STATES FEDERAL
GOVERNMENT,

       Defendants,

---

Jessica Moniquie Rowell, 1076 Blair Avenue, #4, St. Paul, MN 55104, pro se plaintiff.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated November 30, 2012 [Docket No.3], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis [Docket No. 2] is **DENIED;** and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: January 2, 2013
at Minneapolis, MN                                   s/John R. Tunheim_____
                                                                       John R. Tunheim
                                                                       United States District Court Judge